**Price Law Group, APC**
Alla Gulchina SBN: 307014
86 Hudson Street
Hoboken, NJ 07030
P. 818-600-5566
alla@pricelawgroup.com
*Attorney for Plaintiff,*
*Diane St. Clair*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE ST. CLAIR, <br><br> Plaintiff, <br><br> vs. <br><br> CREDIT ONE BANK, N.A., <br><br> Defendant. | **Case No.: 3:19-cv-00031-KRG** <br><br> **STIPULATION TO ARBITRATE AND STAY ACTION** |

Plaintiff, Diane St. Clair, and Defendant, Credit One Bank, N.A., by and through counsel, hereby stipulate to stay this action and submit all claims to binding arbitration, pursuant to the terms of the arbitration agreement contained in the credit card agreements for Plaintiff's Credit One Bank credit card accounts. The arbitration shall be before JAMS, pursuant to the terms of the parties' arbitration agreement.

**IT IS SO STIPULATED.**

Dated: April 18, 2019

| | |
|---|---|
| By: */s/Alla Gulchina*<br>Alla Gulchina, Esq.<br>[PA ID: 307014]<br>**PRICE LAW GROUP, APC**<br>*Attorney for Plaintiff,*<br>*Diane St. Clair* | By: */s/Brian J. Willett*<br>Brian J. Willett, Esq.<br>[PA ID: 319099]<br>**REED SMITH, LLP**<br>*Attorney for Defendant,*<br>*Credit One Bank, N.A.* |

### ECF SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I, Alla Gulchina, hereby certify that the content of this document is acceptable to Brian J. Willett, counsel for Credit One Bank, N.A., and I have obtained Mr. Willett's authorization to affix an electronic signature to this document.

**PRICE LAW GROUP, APC**

By:  */s/Alla Gulchina*
Alla Gulchina SBN: 307014
alla@pricelawgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Justin Freedman*