# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

DIANE ST. CLAIR,

    Plaintiff,

vs.

CREDIT ONE BANK, N.A.,

    Defendant.

Case No.: 3:19-cv-00031-KRG

[PROPOSED] ORDER GRANTING STIPULATION TO ARBITRATE AND STAY ACTION

## ORDER

Having reviewed the parties' Stipulation to Arbitrate, and good cause having been shown, the Court hereby GRANTS the Stipulation and the case is stayed and all claims will be submitted to binding arbitration before JAMS pursuant to the parties' arbitration agreement.

**IT IS SO ORDERED.**

Dated: April 22, 2019

_____
Honorable Kim R. Gibson
United States Senior District Judge

- 1 -